**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00336-CV

### IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00043-2014**

## ORDER

Before the Court is relator's petition for writ of mandamus and motion for emergency stay. Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Based on the Court's disposition of the petition for writ of mandamus and because relator has not demonstrated that he is entitled to an emergency stay, we **DENY** the motion for emergency stay. We **ORDER** that relator bear the costs of this original proceeding.

/s/      MOLLY FRANCIS
            JUSTICE